as Executor, etc , Appellant. — Order modified by striking out the ten dollars costs, and as so modified affirmed, without costs to either party to this appeal.

Wilson H. Gardenier, Appellant,v. Hiram Eldred, Respondent. — Order entered in Oswego county May 13, 1891, vacated, and an order settled and filed with the clerk of Oneida county.

Daniel Crouse and others, Respondents,v. Walter Whittlesey, Appellant. — Order reversed, without costs of this appeal to either party, and a reference ordered to a referee to take proofs of both parties and report the same, with his opinion thereon, to a Special Term, where a further hearing may be had upon usual notice.

The referee, if not agreed upon, to be named on motion at Special Term. Opinion by Williams, J.; Mem. by Hardin, P. J.

Charles P Leonard, Appellant, v. James P. Bowman and Edward J. Boshart, Respondents. — Order affirmed, with ten dollars costs and disbursements. Opinion by Williams, J.

Wilson H. Gardenier, Plaintiff by Substitution, v. Hiram Eldred, Defendant. — Motion to vacate the service of the notice of the appeal from the judgment, and dismiss such appeal, granted. Motion to vacate the service of the notice of appeal from the order, and dismiss such appeal, denied. Mem. by Merwin, J.

# THIRD DEPARTMENT, SEPTEMBER TERM, 1891.

Isaac Hoag, Appellant, v. The Town of Greenwich, Respondent. — Judgment affirmed. with costs. Order granting extra allowance affirmed. with ten dollars costs and printing disbursements. Opinion by Learned, P. J.

Warren B. Collamer, Respondent, v. Albert W. Farrington, Appellant. — Motion to go to Court of Appeals denied.

Patrick E. Walsh, Respondent, v. Mutual Life Insurance Company, Appellant. — Motion to go to Court of Appeals granted; Mayham J., not acting.

The People of the State of New York ex rel. Brush Illuminating Company, Appellant, v. Edward Wemple, Comptroller, Respondent. — Motion to amend granted.

The People of the State of New York ex rel. Edison Electric-Light Company, Appellant, v. Edward Wemple. Comptroller, Respondent — Motion of attorney-general denied: motion of relator to amend by restoring further sum of sixty-seven dollars and forty cents granted.

Jeffrey Paris, Respondent,v. The Village of Green Island Appellant. — Motion to amend denied.

In the Matter of Andrew Jubin, a Lunatic. — Order affirmed, with ten dollars costs and printing disbursements

The Fire Department of Kingston, Respondent, v. John P. Derrenbacher and others Appellants, and two other cases of same Plaintiff against Derrenbacher. — Order affirmed. with ten dollars costs and printing disbursements; Mayham. J., not acting.

In the Matter of Petition of Elvira B. Carpenter for Appointment of a Trustee. — Order reversed, with ten dollars costs and printing disbursements; and motion denied with ten dollars costs, without prejudice to any action at law or in equity by petitioner to recover the property. Opinion by Learned. P. J.

James M. Smith, Executor. Appellant. v. Frank Pelott, Respondent.— Judgment affirmed, with costs; appeal from order of reference dismissed, with ten dollars costs.

George W Crook, as Assignee, Respondent. v. The Milwaukee Mechanics' Insurance Company, Appellant.

Same v. The American Central Insurance Company. Appellant. — Each order affirmed, with ten dollars costs and printing disbursements.

The People of the State of New York ex rel. E P Howe, Respondent, v. The Trustees of the Village of Saratoga Springs. Appellants.— Resolution of trustees designating two newspapers reversed, with fifty dollars costs and disbursements.

Minnie O'Neil, by Guardian, Respondent, v. Fred G Battie, Trustee, Appellant. — Judgment affirmed, with costs against defendant personally. Opinion by Learned, P. J.

Herbert M. Taylor, Respondent, v. Town of Constable, Appellant. — Judgment and order affirmed, with costs. Opinion by Learned, P. J.

James M. Covart, Respondent, v. John W. Johnston, Appellant.— Judgment reversed and complaint dismissed, with costs against plaintiff. Opinion by Learned, P. J.

Orrando V. Dexter, Appellant, v. William D. Dustin and others, Respondents. — Judgment reversed and new trial granted on the issues ordered as for mistrial, costs to abide event.

The People of the State of New York ex rel. Woodford Gaylord, Respondent, v. Supervisors of Schoharie County, Appellants. — Order affirmed, with ten dollars costs and printing disbursements, and with leave to enter order nunc pro tunc　Mem. by Learned, P. J.; Mayham, J., not acting.

Jane Jackson, Respondent, v. Town of Fort Covington, Appellant. — Order affirmed, with costs on opinion below.

Charles W. Weston, Respondent, v. Rufus C. Landon and others, Appellants. — Order affirmed. with ten dollars costs and printing disbursements.

James C. Birge, Respondent, v. The Berlin Iron Bridge Company and another, Appellants. — Order for stay granted. (See order on file.)

Philip J Warner, Respondent. v. Schoharie and Schenectady Counties Mutual Fire Insurance Association, Appellant. — Motion to go to Court of Appeals denied.

Henry Schwartz, Appellant. v. Valeria Pomeroy, Respondent. — Judgment of County Court affirmed, with costs.

Patrick J. Connors, Infant, Respondent, v. William Walsh. Appellant. — Judgment and order affirmed. with costs.

John Dillon, Respondent, v. William Lee, Appellant. — Judgment and order affirmed, with costs; Landon. J., not acting.

Herbert J. Pelkey, Respondent, v. Charles H. Carnrick, Appellant.—Judgment affirmed, with costs.

Alexander H Kerr, Respondent. v. Mary Hammer, Appellant. — Motion for reargument denied.

Beulah Rouse, Infant. Appellant, v. The Catskill and New York Steamboat Company, Respondent. — Judgment affirmed, with costs.